IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| FREDERICK FOLSOM aka | :   CASE NO: |
| FREDERICK HOSEA, | :   7:24-cr-05–WLS-TQL |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

Before the Court is an Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 37) ("Motion") filed May 24, 2024, on behalf of Defendant. Therein, Defendant states that additional time is necessary to review discovery, meet with counsel, and to discuss any possible plea negotiations or defenses. Defense Counsel represents that she has consulted the Government's Counsel who does not oppose the instant Motion. The Defendant further states that the ends of justice by granting the continuance outweigh the Defendant's and the public's interest in a speedy trial.

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion for Continuance (Doc. 37) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2024 trial term, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 29th day of May 2024.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT